James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiff
EZRA MAX PERRY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO COURTHOUSE

| | |
|---|---|
| EZRA MAX PERRY, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, a Delaware Statutory Trust, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; and TRANSWORLD SYSTEMS, INC., a California corporation and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 2:17-cv-00251-MCE-KJN<br><br>ORDER MODIFYING INITIAL SCHEDULING ORDER TO EXTEND TIME FOR COMPLETION OF DISCOVERY |

The parties through their counsel having requested, via stipulation, for a 90-day extension of the deadline for completion of discovery, the Court finds good cause and extends the deadline for completion of discovery to May 4, 2018. All other deadlines in the Initial Scheduling Order shall remain the same.

IT IS SO ORDERED.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -
Order Modifying Initial Scheduling Order to Extend Time for Completion of Discovery