James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiff
EZRA MAX PERRY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO COURTHOUSE

| | |
|---|---|
| EZRA MAX PERRY, an individual, | Case No. 2:17-cv-00251-MCE-KJN |
| Plaintiff, | |
| v. | |
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, a Delaware Statutory Trust, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; and TRANSWORLD SYSTEMS, INC., a California corporation and DOES 1 through 10, inclusive, | STIPULATION FOR DISMISSAL |
| Defendants. | |
| _____/ | |

    Plaintiff, EZRA MAX PERRY ("Plaintiff") and Defendants, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3 ("NCSLT"), PATENAUDE & FELIX ("PATENAUDE"), and TRANSWORLD SYSTEMS, INC. ("TSI"), having reached a settlement of this case, hereby stipulate to and jointly request that the case be dismissed in its entirety, with prejudice. Each party will bear its own costs and fees.

Respectfully submitted,

Dated: May 11, 2018                    PATENAUDE & FELIX APC

BY: /s/ Raymond A. Patenaude
RAYMOND A. PATENAUDE
Attorneys for Defendants
PATENAUDE & FELIX

e-signature authorized by counsel 5/11/2018

Dated: May 11, 2018                    SESSIONS FISHMAN NATHAN AND ISRAEL, LLP

e-signature authorized by counsel 5/11/2018

BY: /s/ Debbie P. Kirkpatrick
DEBBIE P. KIRKPATRICK, ESQ.
Attorneys for Defendants
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3 AND TRANSWORLD SYSTEMS, INC.

DATED: May 11, 2018                    /s/ James A. Michel
JAMES A. MICHEL
Attorney for Plaintiff
EZRA MAX PERRY