UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZRA MAX PERRY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, a Delaware Statutory Trust; PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; and TRANSWORLD SYSTEMS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:17-cv-00251-MCE-KJN<br><br>**ORDER DISMISSING CASE PURSUANT TO STIPULATION** |

Pursuant to the stipulation of the parties and good cause having been shown, this case is hereby DISMISSED with prejudice, each party to bear its own costs and fees, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1